COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-06-445-CR

                                                


TINA GAYE FINA                                                                 APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

              FROM THE 43RD
DISTRICT COURT OF PARKER COUNTY

                                                
----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered appellant=s AFirst
Amended Motion to Withdraw  Defendant=s
Notice of Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal. See id.; Tex. R. App. P.
43.2(f).                                                                                                                                                                                      PER
CURIAM

 

 

PANEL D:   CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)








 

DELIVERED: January 25, 2007                                                       











[1]See Tex. R. App. P. 47.4.